AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-02353

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Challener
was received by me on *(date)* 10-13-18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because PARTY IS DECEASED ; or

☐ Other *(specify):* Advised by Cuy County Coroners office that Dr. Challener is deceased.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-16-18

_____
Server's signature

Gerald Mielcarek - Proc Server
Printed name and title

717 Broadway Lorain Ohio
Server's address

Additional information regarding attempted service, etc: