# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Evin King,** | ) | **Case No. 1:18-CV-02353** |
| | ) | |
| **Plaintiff,** | ) | **Judge Dan Polster** |
| | ) | |
| vs. | ) | **Magistrate Judge Jonathan D. Greenberg** |
| | ) | |
| **Robert Matuszny, *et al.,*** | ) | |
| | ) | **SUGGESTION OF DEATH OF** |
| **Defendants.** | ) | **DEFENDANT ROBERT  MATUSZNY** |
| | ) | |
| | ) | |
| | ) | |

Pursuant to Federal Rule of Procedure 25 (a), notice is hereby given to the Court and Plaintiff that Defendant, Robert Matuszny, passed away on October 17, 2018.

> */s/ Kenneth A. Calderone*
> Kenneth A. Calderone (0046860)
> John R. Chlysta (0059313)
> Anne M. Markowski (0069705)
> Hanna, Campbell & Powell, LLP
> 3737 Embassy Parkway, Suite 100
> Akron, OH  44333
> Telephone:   (330) 670-7324 / (330) 670-7305
>                         (330) 670-7601
> Facsimile:    (330) 670-7440 / (330) 670-7442
>                         (330) 670-7456
> Email:   kcalderone@hcplaw.net
>              jchlysta@hcplaw.net
>              amarkowski@hcplaw.net
> *Attorneys for Defendants Robert Matuszny,*
> *Gregory Kunz, Michael O'Malley, Thomas Miller,*
> *Timothy Zbikowski, and Dennis Gunsch*

## **CERTIFICATE OF SERVICE**

This document was filed on November 8, 2018, using the Court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this document through the Court's electronic filing system. Copies of this filing were mailed to the parties not on the Court's electronic filing system.

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
John R. Chlysta (0059313)
Anne M. Markowski (0069705)
*Attorneys for Defendants Robert Matuszny,*
*Gregory Kunz, Michael O'Malley, Thomas Miller,*
*Timothy Zbikowski, and Dennis Gunsch*

<<HCP #1017801-v1>>