IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EVIN KING, | ) | CASE NO. 1:18-cv-02353 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | **DEFENDANT CITY OF** |
| | ) | **CLEVELAND'S SECOND MOTION** |
| ROBERT MATUSZNY, *et al.*, | ) | **FOR LEAVE TO PLEAD OR** |
| | ) | **OTHERWISE RESPOND TO** |
| Defendants. | ) | **PLAINTIFF'S COMPLAINT** |

Defendant City of Cleveland, by and through undersigned counsel, respectfully moves this Court for a fourteen day extension of time until December 20, 2018, to answer or respond to Plaintiff's Complaint. This is Defendant's second request for an extension of time, and its response to Plaintiff's Complaint is currently due on December 6, 2018.

Defendant needs additional time to investigate the numerous claims and allegations asserted in Plaintiff's Complaint, research potential defenses, and file an appropriate response. As such, this request is submitted in good faith and not for purposes of delay.

Accordingly, Defendant respectfully requests an extension of time up to and including December 20, 2018, to file a response to Plaintiff's Complaint.

                          Respectfully submitted,

                          BARBARA A. LANGHENRY (0038838)
                          Director of Law

                    By: s/Janeane R. Cappara
                        WILLIAM M. MENZALORA (0061136)
                        Chief Assistant Director of Law
                        JANEANE R. CAPPARA (0072031)
                        Assistant Director of Law
                        MICHAEL J. PIKE (0074063)
                        Assistant Director of Law
                        City of Cleveland, Department of Law
                        601 Lakeside Avenue, Room 106
                        Cleveland, Ohio  44114
                        Tel:    (216) 664-2800
                        Fax:   (216) 664-2663

Email: wmenzalora@city.cleveland.oh.us
Email: jcappara@city.cleveland.oh.us
Email: mpike@city.cleveland.oh.us

Attorneys for Defendant City of Cleveland

## CERTIFICATE OF SERVICE

The undersigned certifies the above document was filed electronically this 4th day of December, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's filing system.

s/Janeane R. Cappara
JANEANE R. CAPPARA