## CERTIFICATION OF RECORDS

I, Hugh B. Shannon, having first been duly sworn, as custodian of records for the Cuyahoga County Medical Examiner's Office, do hereby certify that the attached Trace Evidence Report, Verdict Report, Laboratory Report, and Autopsy Protocol are true and correct copies of the originals and are official records kept by the Cuyahoga County Medical Examiner's Office and that such records were received and compiled in the ordinary course of business of said office.

_____
Hugh B. Shannon, Director of Operations

Date: 12-17-18

Subscribed to before me by Hugh B. Shannon, this 17th day of December, 2018.

_____
NOTARY PUBLIC

**HEATHER JAKUBOWSKI**
**NOTARY PUBLIC**
**Cuyahoga County, Ohio**
**My Commission Expires**
**April 26, 2020**

My Commission Expires: 4/26/20

# EXHIBIT A

# CUYAHOGA COUNTY CORONER'S OFFICE

## TRACE EVIDENCE DEPARTMENT

NAME: **CRYSTAL HUDSON**            CASE NUMBER: 219336

AUTOPSY NUMBER: M-65758             DOCTOR: RC

SPECIMEN: Blood                     LAB NUMBER: 1207-94G-371

OBTAINED: 6/23/94                   RECEIVED: 6/23/94

TESTED: 6/27/94

LABORATORY EXAMINATION: Group Determination

FINDINGS: Blood Group "Specimen Unsatisfactory"


SWABS: Oral - Acid Phosphatase = No reaction.

Microscopic Examination = no spermatozoa noted.

$P_{30}$ = no reaction for semen.


Rectal - Acid Phosphatase = positive reaction.

Microscopic Examination = few spermatozoa heads noted.

$P_{30}$ = positive reaction for semen.


Vaginal - Acid Phosphatase = positive reaction.

Microscopic Examination = few spermatozoa heads noted.

$P_{30}$ = positive reaction for semen.

NAME: CRYSTAL HUDSON
CASE ID: 219336
AUTOPSY NUMBER: M-65758 RC

Body received at Coroner's Office, nude. Body conveyed to Coroner's Office by Cuyahoga Ambulance. Clothing list prepared by Deskman Mark Shea. Clothing list verified and inspected by Jeff Wagner on 6/22/94 @ 3:00 P.M.

**CLOTHING:**

Bandanna-     1 purple and white from under victim's head. Photographed and retained.

Case: 1:18-cv-02353-DAP Doc #: 27-1 Filed: 12/17/18 3 of 20. PageID #: 158

NAME: CRYSTAL HUDSON
CASE ID: 219336
AUTOPSY NUMBER: M-65758 RC

NAME: CRYSTAL HUDSON
CASE ID: 219336
AUTOPSY NUMBER: M-65758 RC

**BLOOD FROM CLOTH:** Blood Group "B"

**GENETIC MARKERS:** Human Leukocyte Antigen DQ Alpha = 1.2,1.2

<u>Polymarkers-</u>
Low Density Lipoprotein Receptor = BB
Glycophorin A = AB
Hemoglobin G Gammaglobin = AA
D7S8 = BB
Group Specific Component = BB

**ENZYMES:** Erythrocyte Acid Phosphatase = C
Esterase D = no activity
Phosphoglucomutase = 1
Phosphoglucomutase sub typing = 1+ 1+

**ORAL SWABS:**
<u>Oral-</u>
Acid Phosphatase = No reaction.
Microscopic Examination = no spermatozoa noted.
$P_{30}$ = no reaction for semen.

<u>Rectal-</u>
Acid Phosphatase = positive reaction.
Microscopic Examination = few spermatozoa heads noted.
$P_{30}$ = negative reaction for semen.

Enzymes- Phosphoglucomutase = 1
Phosphoglucomutase sub typing = 1+ 1+

<u>Epithelial cells (Female Fraction)-</u>
Human Leukocyte Antigen DQ Alpha = 1.2,1.2

<u>Spermatozoa (Male Fraction)-</u>
Human Leukocyte Antigen DQ Alpha = 1.1,4

Vaginal-
Acid Phosphatase = positive reaction.
Microscopic Examination = few spermatozoa heads noted.
$P_{30}$ = negative reaction for semen.

Enzymes- Phosphoglucomutase = 1
Phosphoglucomutase sub typing = 1+ 1+

Epithelial cells (Female Fraction)-
Human Leukocyte Antigen DQ Alpha = 1.2,1.2

Polymarkers-
Low Density Lipoprotein Receptor = BB
Glycophorin A = AB
Hemoglobin G Gammaglobin = AA
D7S8 = BB
Group Specific Component = BB

Spermatozoa (Male Fraction)-
Human Leukocyte Antigen DQ Alpha = 1.1,4

Polymarkers = too faint.

| | |
|---|---|
| **REFERENCE:** | Scalp Hair |
| **FINGERNAIL SCRAPINGS:** | Right thumb - 1 dark blue/black fibril. Right ring - 1 red flecks - quantity not sufficient or identification. Left middle - 1 red fibril. |
| **STOMACH CONTENTS:** | 25cc of medium brown liquid containing tiny pieces of popcorn and hulls. |
| **CLOTHING:** | No clothing. |

NAME: CRYSTAL HUDSON
CASE ID: 219336
AUTOPSY NUMBER: M-65758 RC

| | |
|---|---|
| 1213-94E-447 | **Fingernail scrapings of Evin King.** |
| | 10 coin envelopes with stick loose in each one. No hairs, fibers or material of relevant significance. Both ends of sticks and inside of envelopes examined with stereo microscope |
| 1214-94E-448 | **Clothing of Evin King :** |
| 1214-94E-448 I | 1 pair of blue pants "Haggar", no size listed. |
| | Hemastix = no reaction for the presence of blood. No significant findings. No further testing. |
| 1214-94E-448 II | 1 tee-shirt "Reed St James", size L with collar. |
| | Hemastix = no reaction for the presence of blood. No significant findings. No further testing. |
| 1214-94E-448 III | 1 pair of red shorts "Fruit of the Loom", size M, brief style. |
| | Hemastix = no reaction for the presence of blood. No significant findings. No further testing. |
| 1214-94E-448 IV | 1 pair of shoes "Chancellors" loafer style, size 9½". |
| | Hemastix = no reaction for the presence of blood. No significant findings. No further testing. |
| 1214-94E-448 V | Pink cloth- |
| | No hair recovered consistent with reference head hair of victim. |

Items listed above submitted by:  Detectives Matuszny, Cleveland Police Department

to:  Mary E. Cowan, 6/23/94 @ 1:03 P.M.

Items listed above released to:  Detective Kovacic, Cleveland Police Department

by:  Jeff Wagner, 8/30/94

NAME: CRYSTAL HUDSON  
CASE ID: 219336  
AUTOPSY NUMBER: M-65758 RC

| | |
|---|---|
| 1224-94E-449 | **Drapery cord, released 8/30/94.** |
| | Possibly consistent with marks on neck as per Dr. Challener. |
| | No fibers recovered from victim's neck consistent with cord. Cord examined - no adhering pieces of skin or apparent blood staining noted. |
| 1225-94E-450 I | **Carpet fibers-** |
| | Numerous fibers removed from abrasion on victim's chest consistent with this sample. tan, non-delustered, trilobal nylon 6. |
| 1225-94E-450 II | **Coat fibers/fur-** |
| | Reference |
| 1226-94E-451- | **Plastic tubing, released 8/30/94.** |
| | Not consistent with body as per Dr. Challener. |

Items listed above submitted by: Detectives Matuszny & Kunz, Cleveland Police Department

to: Mary E. Cowan, 6/23/94 @ 2:30 P.M.

Items listed above released to: Detective Kovacic, Cleveland Police Department

by: Jeff Wagner, 8/30/94

1244-94E-467          **Blood of Evin King.**

                            Blood Group "O"

                            Enzymes- Erythrocyte Acid Phosphatase = BA
                                         Esterase D = 1
                                         Phosphoglucomutase = 1
                                         Phosphoglucomutase sub typing = 1+ 1+

                            Human Leukocyte Antigen DQ Alpha = 2,4

                            <u>Polymarkers-</u>
                            Low Density Lipoprotein Receptor = AA
                            Glycophorin A = AB
                            Hemoglobin G Gammaglobin = BC
                            D7S8 = AA
                            Group Specific Component = BB

1244-94E-467 II       Saliva-

                            Amylase = body fluid present.
                            Absorption Inhibition = O secretor

1244-94E-467 III      Hair-

                            No foreign hair recovered from victim's body to
                            compare with this sample.


Items listed above submitted by:   <u>Detective Kunz, Cleveland Police</u>
                                        <u>Department</u>

                           to:   <u>Mary E. Cowan, 6/24/94 @ 11:35 A.M.</u>

Items listed above released to:   \

NAME: CRYSTAL HUDSON
CASE ID: **219336**
AUTOPSY NUMBER: **M-65758 RC**

Note: Original TE# 1214-94E-448 (6/23/94). Resubmitted 2/14/95 @ 11:50 A.M. Delivered by Tibor Nagy of Coroner's Office.

### Clothing of Evin King :

No hair recovered consist with victim's reference head hair. Carpet fibers recovered from sole of right shoe. Not consistent with reference carpet fibers. Submitted from victim's bedroom, TE# 1225-95E-450. Two animal hairs recovered from suspects shorts and pants - not consistent with reference fur sample from coat TE# 1225-94E-450.



Thomas P. Gilson, M.D.
Medical Examiner

# CUYAHOGA COUNTY MEDICAL EXAMINER

11001 Cedar Avenue
Cleveland, OH 44106
(216) 721-5610

## Official Receipt from the Office of the Medical Examiner of Cuyahoga County

Issue Date:  12/14/2018
Case Number:  IN0002-19336
In Reference:  CRYSTAL LYNN HUDSON

Issued By:  Alicia
Receipt Number:  RC2018-07982
Printed:  12/14/2018 9:25:51 AM

Requestor Name:  Prosecutor: Charles Hannan
Agency Requestor:  Cuyahoga County Prosecutor's Office
Address:  1200 Ontario Street 9th floor, , Cleveland, Ohio  44113
Comment:  Note: Hand delivered to Hugh Shannon to deliver to the Prosecutor's Office.

| Code | Report Name | Sub Fund | Amount | Quantity | Pages | Total Amount |
|---|---|---|---|---|---|---|
| VERD | Verdict Report | 01A001 | $0.00 | 1 | 1 | $0.00 |
| LABR | Laboratory Report | 20A312 | $0.00 | 1 | 1 | $0.00 |
| APRO | Autopsy Protocol | 01A001 | $0.00 | 1 | 1 | $0.00 |
| | | **TOTAL** | **$0.00** | **3** | **3** | **$0.00** |

The attached documents are a true and certified copy of the original documents on file in the Cuyahoga County Medical Examiner's Office, 11001 Cedar Avenue, Cleveland, Ohio  44106.

Thomas P. Gilson, M.D., Medical Examiner

CORONER'S OFFICE, CUYAHOGA COUNTY, OHIO    Original
2121 Adelbert Road, Cleveland

## CORONER'S VERDICT    CASE NO. 219336

THE STATE OF OHIO,
           SS.
CUYAHOGA COUNTY

Be It Remembered, That on the __22nd__ day of __June__ A.D., 19__94__ information was given to me, ELIZABETH K. BALRAJ, M.D., Coroner of said County, that the dead body of __a woman__ supposed to have come to __her__ death as the result of criminal or other violent means, or by casualty, or by suicide, or suddenly when in apparent health, or in any suspicious or unusual manner, (Sec. 313-11, 313-12 R.C. Ohio) had been found __at 9410 Hough Avenue #6-F__ in the __City__ of __Cleveland__ Cuyahoga County, on the __22nd__ day of __June__, 19__94__.

I viewed or caused to be viewed the said body at the Coroner's Office. After the viewing and making inquiry into the circumstances that caused the death of the said person, I obtained further information, to-wit: __Police Report__

I also carefully examined or caused to be examined the said dead body at __7:47 A.M.__ on the __23rd__ day of __June__, 19__94__ and I find as follows: to wit:

I, ELIZABETH K. BALRAJ, M.D., Coroner of said county having diligently inquired, do true presentment make in what manner __Crystal Lynn Hudson__ whose body was at the Coroner's Office on the __23rd__ day of __June__, 19__94__ came to __her__ death; the said __Crystal Lynn Hudson__ was __single__, about __41 years__ of age, a resident of __Cleveland, Ohio__ and a native of __America__ had __Brown__ eyes, __Black__ hair, __--__ beard, __--__ mustache, __Black__ race, __brown__ complexion, and was about __61 1/2 inches__ in height, weighed __137 pounds__ and was __unemployed__ by occupation, with the following marks and wounds upon __her__ body:

Evidence of postmortem decomposition.
Furrow on neck.
Abrasions of right cheek, right submandibular region, epigastrium, right abdomen and right knee.
Scar from thoracic to lumbar area.

Upon full inquiry based on all the known facts, I find that the said __Crystal Lynn Hudson__ came to __her__ death officially on the __22nd__ day of __June__ 19__94__

at 9410 Hough Avenue #6-F and was officially pronounced dead at 1:34 P.M., by Robert C. Challener, M.D., Chief Deputy Coroner following arrival at the Cuyahoga County Coroner's Office. There is history that on June 22nd, 1994 at about 11:00 A.M., the said Crystal Lynn Hudson was found apparently unresponsive in the closet of her bedroom, by her juvenile daughter, while at their home at the above address. The Cleveland Police and Emergency Medical Service were called and on arrival, found this woman to have expired. It was also apparent that the said Crystal Lynn Hudson had expired some time prior to this date. The County Coroner's Office was notified and the Cuyahoga Ambulance Company was dispatched. This woman was then transported to the Coroner's Office where she was pronounced

__Crystal Lynn Hudson__          __Elizabeth K. Balraj__ ,M.D.
(Name of Deceased)                            Coroner

Page 1

CORONER'S OFFICE, CUYAHOGA COUNTY, OHIO  
2121 Adelbert Road, Cleveland

Second Page of Original

## CORONER'S VERDICT

CASE NO. 219336

THE STATE OF OHIO,  
              SS.  
CUYAHOGA COUNTY

Crystal Lynn Hudson

dead at the aforementioned time and date and an autopsy was performed which revealed: ligature strangulation. Further investigation by the Cleveland Police determined that on or about June 21st, 1994 the said Crystal Lynn Hudson was strangled by a male, while at her home at the aforementioned address, and subsequently expired. This woman was then placed in the bedroom closet where she was discovered in the aforementioned circumstance. There is additional history that a male was arrested and charged in connection with this death. That death in this case was the end result of ligature strangulation, sustained when strangled by a male, and was homicidal in nature.

<u>CAUSE OF DEATH</u> : Ligature strangulation.  
                       HOMICIDE.

_____  
Crystal Lynn Hudson  
(Name of Deceased)

_____,M.D.  
Coroner

Last Page            Page 2

CORONER'S OFFICE, CUYAHOGA COUNTY, OHIO    PG- 1

2121 Adelbert Road, Cleveland Ohio 44106

REPORT OF TOXICOLOGY LABORATORY FINDINGS

THE STATE OF OHIO     ss
CUYAHOGA COUNTY

NAME : CRYSTAL LYNN HUDSON          CASE NUMBER : 00219336       AUTOPSY NUMBER : 0065758
DATE RECEIVED : 24-Jun-94                                        DATE REPORTED : 12-Jul-94

CONCENTRATIONS IN mg/dL UNLESS OTHERWISE NOTED

| SAMPLES ===========> | BLOOD 1 | BILE 1 | VITR 1 |
|---|---|---|---|
| DATES =============> | 06/24/94 | 06/24/94 | 06/24/94 |
| -01-VOLATILES | POS | ND | POS |
| -01-ETHANOL-G/DL | 0.02 | ND | 0.03 |
| -07-ACID / NEUTRALS | ND | | |
| -08-SALICYLATE | ND | | |
| -09-ETHCHLORVYNOL | ND | | |
| -10-ACETAMINOPHEN | ND | | |
| -14-BENZODIAZEPINES | ND | | |
| -27-QUALITATIVE OPIATES | | ND | |
| -30-BLOOD AMPHETAMINES | ND | | |
| -32-BLOOD BASES | ND | | |

ND = NONE DETECTED     NTDN=NOT DONE     POS=ANALYTE(S) DETECTED
QNS= QUANTITY NOT SUFFICIENT       UNS =UNSATISFACTORY SAMPLE

*[signature]* Craig A. Sutheimer, Ph.D.                    *[signature]* Elizabeth K. Balraj, M.D.
CHIEF TOXICOLOGIST                                          CORONER

- REFER TO REVERSE SIDE FOR ANALYTE LEGEND -

```
01-VOLATILES:  Acetone, Ethanol, Isopropanol, Methanol
02-GLYCOLS:  Ethylene Glycol, Propylene Glycol
03-CARBON MONOXIDE:  Carbon Monoxide
04-CYANIDE:  Cyanide
05-CHLORAL HYDRATE:  Chloral Hydrate, Trichloroethanol
06-QUALITATIVE BARBITURATES:  Amobarbital, Butabarbital, Butalbital, Pentobarbital,
Phenobarbital, Secobarbital
07-QUANTITATIVE ACID/NEUTRALS:  Amobarbital, Butabarbital, Butalbital, Carbamazepine,
Carisoprodol, Chlorpropamide, Glutethimide, Ibuprofen, Meprobamate, Methaqualone,
Methyprylon, Pentobarbital, Phenobarbital, Phenytoin, Primidone, Secobarbital, Tolbutamide
08-SALICYLATE:  Salicylate
09-ETHCHLORVYNOL:  Ethchlorvynol
10-ACETAMINOPHEN:  Acetaminophen
11-XANTHINES:  Acetaminophen, Caffeine, Theophylline
12-ANTI-EPILEPTIC DRUGS:  Carbamazepine, Phenobarbital, Phenytoin, Primidone
14-QUANTITATIVE BENZODIAZEPINES:  Alprazolam, Chlordiazepoxide, Demoxepam, Desalkyl
Flurazepam, Desmethyl Chlordiazepoxide, Desmethyl Diazepam, Diazepam, Flurazepam,
Oxazepam, Triazolam
15-URINE SPOTS:  Acetaminophen, Ethchlorvynol, Salicylate, Phenothiazines, Glucose, Ketone
Bodies
16-IMMUNOASSAY ACETAMINOPHEN:  Acetaminophen
17-IMMUNOASSAY AMPHETAMINES:  Amphetamine, Diethylpropion, Ephedrine, Mephentermine,
Methamphetamine, Phendimetrazine, b-Phenethylamine, Phenmetrazine, Phentermine,
Phenylephrine, Phenylpropanolamine, Pseudoephedrine, Tranylcypromine
18-IMMUNOASSAY BARBITURATES:  Amobarbital, Butabarbital, Butalbital, Pentobarbital,
Phenobarbital, Secobarbital
19-IMMUNOASSAY BENZODIAZEPINES:  Chlordiazepoxide, Demoxepam, Desalkyl Flurazepam,
Desmethyl Chlordiazepoxide, Desmethyl Diazepam, Diazepam, Flurazepam, Oxazepam
20-IMMUNOASSAY COCAINE METABOLITE:  Benzoylecgonine
21-IMMUNOASSAY METHADONE:  Methadone, Methadone Metabolite
22-IMMUNOASSAY METHAQUALONE:  Methaqualone
23-IMMUNOASSAY OPIATES:  Codeine, Hydrocodone, Hydromorphone, Meperidine, Morphine,
Oxycodone
24-IMMUNOASSAY PHENCYCLIDINE:  Phencyclidine
25-IMMUNOASSAY PROPOXYPHENE:  Norpropoxyphene, Propoxyphene
26-IMMUNOASSAY CANNABINOIDS[THC]: Δ-9-THC-9-COOH
27-QUALITATIVE OPIATES:  Codeine, Hydrocodone, Hydromorphone, Morphine, Oxycodone
28-QUANTITATIVE OPIATES:  Codeine, Hydrocodone, Hydromorphone, Morphine, Oxycodone
29-TLC/GC AMPHETAMINES:  Amphetamine, Diethylpropion, Ephedrine, Mephentermine,
Methamphetamine, Phendimetrazine, b-Phenethylamine, Phenmetrazine, Phentermine,
Phenylephrine, Phenylpropanolamine, Pseudoephedrine, Tranylcypromine
30-GC AMPHETAMINES:  Amphetamine, Diethylpropion, Ephedrine, Mephentermine,
Methamphetamine, Phendimetrazine, b-Phenethylamine, Phenmetrazine, Phentermine,
Tranylcypromine
31-TLC/GC BASES:  Amantadine, Amitriptyline, Amoxapine, Benzoylecgonine, Benztropine,
Brompheniramine, Carbinoxamine, Chlorpheniramine, Chlorpromazine, Cocaine, Codeine,
Cyclizine, Cyclobenzaprine, Desipramine, Dextromethorphan, Disopyramide, Diphenhydramine,
Doxepin, Doxylamine, Ephedrine, Imipramine, Ketamine, Lidocaine, Loxapine, Maprotiline,
Meperidine, Methadone, Methadone Metabolite, Methapyrilene, Morphine, Nordoxepin,
Normeperidine, Norpropoxyphene, Nortriptyline, Orphenadrine, Oxycodone, Pentazocine,
Phencyclidine, Pheniramine, Phenothiazine Metabolites, Phenylpropanolamine,
Phenyltoloxamine, Promethazine, Propoxyphene, Propranolol, Protriptyline, Pyrilamine,
Quinidine, Quinine, Trimipramine, Tripelennamine
32-GC BASES:  Amantadine, Amitriptyline, Amoxapine, Benztropine, Brompheniramine,
Carbinoxamine, Chlorpheniramine, Chlorpromazine, Cocaine, Cyclizine, Cyclobenzaprine,
Desipramine, Dextromethorphan, Diphenhydramine, Disopyramide, Doxepin, Doxylamine,
Imipramine, Ketamine, Lidocaine, Loxapine, Maprotiline, Meperidine, Methadone,
Methapyrilene, Nordoxepin, Normeperidine, Norpropoxyphene, Nortriptyline, Orphenadrine,
Oxycodone, Pentazocine, Phencyclidine, Pheniramine, Phenyltoloxamine, Propoxyphene,
Propranolol, Protriptyline, Pyrilamine, Trimipramine, Tripelennamine
33-THIORIDAZINE/MESORIDAZINE:  Thioridazine, Mesoridazine
34-QUININE/QUINIDINE:  Quinidine, Quinine
35-HEAVY METALS:  Antimony, Arsenic, Bismuth, Mercury
42-OPIATE HYDROLYSIS:  Codeine, Hydrocodone, Hydromorphone, Morphine, Oxycodone
43-URINE SPOTS I: Glucose, Ketone Bodies
44-BLOOD CANNABINOIDS: Δ-9-THC, 11-Hydroxy-Δ-9-THC, Δ-9-THC-9-COOH
50-GC/MS CONFIRMATION: SEE COMMENT FOR SPECIFIC ANALYTE
Amobarbital, Amantadine, Amitriptyline, Alprazolam, Amoxapine, Benzoylecgonine,
Benztropine, Brompheniramine, Butabarbital, Butalbital, Caffeine, Carbamazepine,
Carbinoxamine, Carisoprodol, Chlordiazepoxide, Chlorpheniramine, Chlorpromazine,
Chlorpropamide, Cocaine, Codeine, Cyclizine, Cyclobenzaprine, Δ-9-THC, 11-Hydroxy-Δ-9-THC,
Δ-9-THC-9-COOH, Demoxepam, Desalkyl Flurazepam, Desipramine, Desmethyl Chlordiazepoxide,
Desmethyl Diazepam, Dextromethorphan, Diazepam, Diphenhydramine, Disopyramide, Doxepin,
Doxylamine, Ecgonine, Ecgonine Methylester, Ethyl Benzoylecgonine, Flurazepam,
Glutethimide, Hydrocodone, Hydromorphone, Ibuprofen, Imipramine, Ketamine, Lidocaine,
Loxapine, Maprotiline, Meperidine, Meprobamate, Methadone, Methapyrilene, Methaqualone,
Methyprylon, Morphine, Nordoxepin, Normeperidine, Norpropoxyphene, Nortriptyline,
Orphenadrine, Oxazepam, Oxycodone, Pentazocine, Pentobarbital, Phencyclidine, Pheniramine,
Phenobarbital, Phenyltoloxamine, Phenytoin, Primidone, Propoxyphene, Propranolol,
Protriptyline, Pyrilamine, Secobarbital, Theophylline, Tolbutamide, Triazolam,
Trimipramine, Tripelennamine
```

CORONER'S OFFICE, CUYAHOGA COUNTY, OHIO

# Autopsy Protocol

NAME     Crystal Lynn Hudson

CASE NO.     219336

AUTOPSY NO. M-65758

DATE     June 23, 1994

ELIZABETH K. BALRAJ, M.D.
CORONER

OFFICE OF CORONER, CUYAHOGA COUNTY, OHIO • 2121 Adelbert Road, Cleveland, Ohio 44106

THE STATE OF OHIO ss.     REPORT OF AUTOPSY OF: Crystal Lynn Hudson
CUYAHOGA COUNTY.

CASE No. 219336     AUTOPSY No. M-65758

I, ELIZABETH K. BALRAJ, M.D., Coroner of Cuyahoga County, Ohio, Certify that on the 23rd day of June, 19 94 at 8:15 AM in accordance with Section 313.13 of the Revised Code, of the State of Ohio, an autopsy was performed on the body of:

NAME Crystal Lynn Hudson      STREET 9410 Hough Avenue #6-F
CITY Cleveland      COUNTY Cuyahoga      STATE Ohio
Occupation Unemployed      Nativity American      Marital Status: Single

and the following is the report of autopsy to the best of my knowledge and belief:

Sex Female      Age 41      Color Black
Complexion Brown      Eyes Brown      Hair Black
Teeth Fair      Weight 137 lbs      Height 61 1/2 inches

MARKS AND WOUNDS:

Evidence of postmortem decomposition.
Furrow on neck.
Abrasions of right cheek, right submandibular region, epigastrium, right abdomen and right knee.
Scar from thoracic to lumbar area.

ANATOMIC DIAGNOSES:

1. Ligature strangulation.
   a) Furrow on neck.
   b) Confluent conjunctival hemorrhage.
2. Blunt impacts to head, trunk and extremities with contusion and abrasions.
3. Hemorrhage into rectal mucosa adjacent to the anorectal junction.
4. Scoliosis, thoracic spine.
5. Remote therapeutic procedures.
   a) Spinal surgery.
   b) Application of metallic clips to fallopian tubes.

**CAUSE OF DEATH :**   Ligature strangulation.
                      HOMICIDE.

Blood group: "Specimen Unsatisfactory"

Page 1                          Elizabeth K. Balraj ,M.D.
                                Cuyahoga County Coroner

Crystal Lynn Hudson  219336  M-65758

Officially pronounced dead following arrival at the Cuyahoga County Coroner's Office at 1:34 P.M., 6/22/94.

GROSS ANATOMIC DESCRIPTION

The body is initially viewed 6/22/94 at 1:30 P.M. At this time, slight residual rigor remains in the jaw, lividity is anterior and fixed and there are multiple focal areas of skin slip both on the trunk and extremities.

Preliminary examination of the body reveals the furrow of a ligature with a distinct fine pattern visible particularly on the anterior neck and this pattern darkens appreciably in the ensuing hours. Swabs of each body orifice are obtained, smears prepared and vitreous fluid aspirated.

Anatomical examination is begun at 8:15 A.M., 6/23/94.

EXTERNAL EXAMINATION: The body is that of a well developed, adequately nourished black woman appearing her recorded age of 40 years,* measuring 61 1/2 inches in height and weighing 137 pounds. Slight residual rigor is present in the jaw but is absent elsewhere. Livor mortis is anterior and fixed. The body is cold. *Correct age is 41 years.

Changes of decomposition are again noted. These include purging, slight protrusion of the tongue, marbling and multiple areas of skin slip on the trunk and extremities.

There is an old well healed surgical scar involving the midline of the posterior trunk extending from the thoracic to lumbar area and measuring up to 14" in length. At least two scars are noted and the caudal end. No additional significant scars are observed and there is no evidence of recent therapy.

Head hair is black and in multiple braids; it is normal in distribution. The conjunctivae are grossly bloody with the blood obscuring the sclerae. The corneae are cloudy and the irides brown. No abnormalities are observed of the ears or nose. The teeth are natural and in fair repair. The labial and buccal mucosa are cyanotic. The external genitalia are those of an adult female.

EXTERNAL AND INTERNAL EVIDENCE OF RECENT INJURY:

The injuries are numbered for purposes of identification only and not to imply sequence in which they were sustained.

<u>Head:</u>

1. There is suffusion and swelling of the tissues of the face and superior portion of the neck above the ligature mark to be described below.

2. There are confluent conjunctival hemorrhages both palpebral and bulbar.

3. Two irregular abrasions are present on the right cheek. These measures up to 1 1/2 x 3/4" and are dark reddish-brown.

4. There is a right submandibular oval abrasion measuring 5/8" in maximum diameter. It is also dark.

Page: 1

Crystal Lynn Hudson          219336                    M-65758

5.  With the scalp reflected, there is a frontal subgaleal contusion measuring up to 1 1/2" in maximum diameter. The skull remains intact. The dura is smooth and glistening with no evidence of epidural or subdural hemorrhage. The brain demonstrates only slight swelling or gyri and narrowing of sulci. There is no evidence of subarachnoid hemorrhage. The cerebral and cerebellar hemispheres are symmetrical with no visible abnormality of the brain stem, cranial nerves of vessels at the base. Serial sections of the cerebrum, cerebellum and brain stem show no asymmetry or focal lesion.

<u>Neck:</u>

1.  There is a complex furrow on the neck. The anterior component measures up to 5 3/4" in length and ranges between 1/4 and 5/8" in width. As initially viewed on the 22nd, there was a distinct fine weave-like pattern which was most pronounced on the anterior mid portion. This darkens appreciably over the period of an hour or so and at this time presents as a dark reddish-brown, uniform area of discoloration. The furrow in non-uniform in width and is widest at the right antero-lateral aspect. The right lateral neck demonstrates three addition horizontal components to the furrow, each separate from the other and ranging in length from 1 1/2 to 3" and from 3/8 to 1/2" in width. All are horizontally oriented and dark brown. The left lateral neck demonstrates an additional horizontal furrow measuring up to 2" in length and ranging between 1/4 and 5/8" in width.

2.  Subsequent internal examination by layer-wise dissection of the strap muscle fails to demonstrate evidence of hemorrhage within the fascial sheaths or into or around the thyroid. The larynx itself remains intact including the superior cornus of the thyroid cartilage and the cricoid cartilage. The hyoid bone likewise remains intact.

<u>Trunk:</u>

1.  The posterior trunk demonstrates a cluster of circular areas of brownish discoloration at the inferior aspect of the neck near its junction with the torso. These range between 1/4 and 1/2" in maximum diameter.

2.  The epigastrium demonstrates a dark brown, raised abrasion measuring up to 5 1/2 x 1". There is no injury to the underlying tissues.

3.  The right upper quadrant demonstrates a horizontal dark brown abrasion measuring up to 4 3/4 x 5/8". It extends within 2" of the midline.

4.  Except as described below in (5), the internal examination shows no evidence of injury to any of the hollow or solid viscera of the thoracic and abdominal cavity. There is no accumulation of fluid, blood or otherwise in any of the body cavities.

5.  Inspection of the anus and anal canal shows no evidence of injury nevertheless the distal rectal mucosa demonstrates focal and confluent hemorrhage involving areas measuring up to 2 to 2 1/2" in diameter.

<u>Extremities:</u>

Page: 2

Crystal Lynn Hudson          219336                    M-65758

1. The nails are short and show no evidence of injury.

2. The right lower extremity demonstrates a focal abrasion of the medial aspect of the knee. It measures no greater than 1/8 to 3/16" in maximum diameter.

3. The left lower leg demonstrates focal areas of increased pigmentation on the anterior surface.

The remainder of the external examination of the head, neck, trunk and extremities is unremarkable.

INTERNAL EXAMINATION: The body is opened by means of the usual "Y" shaped and biparietal incisions. The viscera of the thoracic and abdominal cavities occupy their usual sites. The serous surfaces are smooth and glistening and there is no accumulation of fluid in the body cavities. The weights of the organs are as follows and unless specified below, show no additional evidence of congenital or acquired disease.

    Heart-287 grams,
    Right lung-416 grams,
    Left lung-301 grams,
    Spleen-34 grams,
    Liver-1032 grams,
    Right kidney-122 grams,
    Left kidney-104 grams,
    Brain-1393 grams.

NECK: The neck organ is removed en bloc. No additional abnormalities are observed of the larynx, trachea or paravertebral muscle and fascia.

CARDIOVASCULAR: The heart is normal in shape and configuration. The coronary arteries are normal in origin and distribution and the remainder of the examination of the heart and great vessels is unremarkable.

RESPIRATORY: The lungs are similar. Both are subcrepitant. Slight mucoid material is present within the bronchial tree. The pulmonary arteries are free of thromboemboli. No well defined areas of consolidation or infarction are observed.

HEMIC AND LYMPHATIC: The spleen and lymph nodes are unremarkable.

DIGESTIVE: The digestive tract is examined from mouth to anus. The stomach contains approximately 3/4 ounce of somewhat granular pultaceous material. The mucosa is intact. The appendix is present in the right lower quadrant.

LIVER: The liver is unremarkable. The capsule is smooth. The parenchyma is reddish-tan with preserved lobular architecture. The gall bladder is distended with approximately 1/2 ml of bile. The serosal and mucosal surfaces are smooth. No calculi are present.

PANCREAS: Unremarkable.

GENITO-URINARY: The kidneys are congested but otherwise unremarkable. The bladder mucosa is smooth and tan. No urine is recovered. The ovaries are reduced in size. A cyst is present in the right and measures up to 1/2" in maximum diameter. Each fallopian tube shows evidence of previous clamping with a metallic clip in the mid portion of each fallopian tube. The uterus is normal in shape and

Crystal Lynn Hudson          219336                    M-65758

position. The serosal and mucosal surfaces are smooth. The myometrium and endometrial cavity are unremarkable. The cervix is somewhat patulous. The vagina is unremarkable.

ENDOCRINE: No abnormalities are observed of the pituitary, thyroid or adrenal glands.

MUSCULOSKELETAL: No additional abnormalities are observed of the axial or appendicular skeleton.

HEAD: See above.

## MICROSCOPIC DESCRIPTION

| | |
|---|---|
| CORONARY ARTERIES: | Mild intimal fibrosis. |
| LUNGS: | Congestion and edema. No birefringent foreign material observed. |
| RECTUM: | Hemorrhage into mucosa and submucosa. No neutrophilic reaction. |
| LIVER: | Focal hepatocellular fatty change. |
| KIDNEY: | Autolysis of tubules. |
| ORAL, VAGINAL AND RECTAL SMEARS: | Few intact sperm and many sperm head in vaginal and rectal smears. |
| BRAIN, HEART, ADRENAL GLANDS: | No diagnosis. |

(RC)

Page: 4