**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EVIN KING,** | ) | **CASE NO. 1:18 CV 2353** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | <u>**MINUTES OF CMC**</u> |
| | ) | and |
| **ROBERT MATUSZNY, et al.,** | ) | <u>**ORDER**</u> |
| | ) | |
| **Defendants.** | ) | |

On February 5, 2019, the Court held a Case Management Conference (CMC) during which the Court discussed numerous issues with counsel, most of which tested the allegations in the Complaint.  Specifically, the Court noted that most of the allegations were conclusory, and also referred generally to "Defendants" or "Municipal Defendants"–a particular problem when it comes to alleging constitutional violations against public officials and *Monell* claims.   The Court concluded that the present allegations could not survive *Twombly/Iqbal* review.

Consequently, the Court determined that it would *sua sponte* dismiss the Complaint without prejudice and granted Plaintiff's verbal request for 60 days to file an amended complaint, if at all.  The deadline for filing an amended complaint is **Monday, April 8, 2019**.

**IT IS SO ORDERED.**

          */s/ Dan A. Polster     February 6, 2019*
**Dan Aaron Polster**
**United States District Judge**