**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **EVIN KING,** ) | CASE NO.  1:18 CV 2353 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | <u>SHOW CAUSE ORDER</u> |
| ) | |
| **DENNIS GUNSCH, et al.,** ) | |
| ) | |
| Defendants. ) | |

On March 19, 2019, Plaintiff Evin King filed an Amended Complaint.  Doc #: 45. King, who was released from prison in April 2017 after serving 23 years for a murder he did not commit, alleges numerous state and federal claims against six current or former investigating and supervising officers of the Cleveland Police Department, then-County Coroner Elizabeth Balraj and two of her former employees, Cuyahoga County, Ohio and the City of Cleveland.

On March 29, 2019, Defendant Kay May filed a Notice of Suggestion of Bankruptcy. Doc #: 46.  Therein, May asserted that she filed a voluntary petition for bankruptcy on May 11, 2015, but reporting that her debts have not been discharged and her case has not been "converted."  *Id*. at 1.  Furthermore,

> Pursuant to 11 U.S.C. § 362(a) of the Bankruptcy Code, Defendant/Debtor May's filing of a Chapter 13 Bankruptcy petition *may give rise to an automatic stay.* Furthermore, relief from the automatic stay may be sought by filing a motion in the United States Bankruptcy Court pursuant to 11 U.S.C. § 362(d).  Accordingly, Plaintiff may need to seek relief from stay before his alleged state and federal claims proceed against Ms. May and/or her purported co-conspirators.

*Id*.[1]

---

[1] King has filed an Adversary Complaint under Section 523(a)(6) in May's bankruptcy case, notifying the parties therein of this civil rights case and seeking a ruling that "the debt, which

The Court hereby **DIRECTS** all parties to file a response, **no later than April 15, 2019**, explaining whether (and if so, how) Defendant May's bankruptcy affects the litigation of this case as a whole or the claims against Defendant May specifically.

**IT IS SO ORDERED.**

    */s/ Dan A. Polster    April 5, 2019*
**Dan Aaron Polster**
**United States District Judge**

---

is yet to be determined as the claim is currently pending, is non-dischargeable under 11 U.S.C. § 523(a)(6)." *In re: Kay A. May*, Case No. 15-51137-amk, Doc #: 38 ¶ 7 (N.D. Ohio Apr. 4, 2019).