IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Evin King, | ) | Case No. 1:18-CV-02353 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | Magistrate Judge Jonathan D. Greenberg |
| | ) | |
| Robert Matuszny, *et al.,* | ) | **DEFENDANTS ESTATE OF ROBERT** |
| | ) | **MATUSZNY, GREGORY KUNZ,** |
| Defendants. | ) | **MICHAEL O'MALLEY, DENNIS** |
| | ) | **GUNSCH, THOMAS MILLER,** |
| | ) | **TIMOTHY ZBIKOWSKI AND CITY OF** |
| | ) | **CLEVELAND'S JOINT MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **REPLY BRIEF TO PLAINTIFF'S** |
| | ) | **OPPOSITION TO MOTIONS TO** |
| | | **DISMISS** |

Now come Defendants Estate of Robert Matuszny, Gregory Kunz, Michael O'Malley, Dennis Gunsch, Thomas Miller, Timothy Zbikowski ("police officer defendants") and the City of Cleveland and respectfully move this Honorable Court for an extension of time to file a Reply to Plaintiff's Opposition to Motion to Dismiss.

Due to the press of business, (i.e. counsel for defendants being in trial and out of town), defendants request additional time to respond to the numerous responses as set forth in Plaintiff's consolidated response to the Motions to Dismiss.  This request is submitted in good faith and not for the purposes of unnecessary delay.

Therefore, Defendants respectfully request an extension of time up to and including June 14, 2019, to file a reply to Plaintiff's Response in Opposition to Motions to Dismiss.

Respectfully submitted,

/s/ Janeane R. Cappara (approved 5/23/19)
William M. Menzalora (0061136)
Michael J. Pike (0074063)
Janeane R. Cappara (0072031)
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114
Telephone: (216) 664-2800
Facsimile: (216) 664-2663
Email: wmenzalora@city.cleveland.oh.us
mpike@city.cleveland.oh.us
jcappara@city.cleveland.oh.us
*Attorneys for Defendant, City of Cleveland*

/s Kenneth A. Calderone
Kenneth A. Calderone (0046860)
John R. Chlysta (0059313)
Anne M. Markowski (0069705)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Telephone: (330) 670-7324 / (330) 670-7305
(330) 670-7601
Facsimile: (330) 670-7440 / (330) 670-7442
(330) 670-7456
Email: kcalderone@hcplaw.net
jchlysta@hcplaw.net
amarkowski@hcplaw.net
*Attorneys for Defendants Estate of Robert Matuszny, Gregory Kunz, Michael O'Malley, Thomas Miller, Timothy Zbikowski, and Dennis Gunsch*

## CERTIFICATE OF SERVICE

This document was filed on May 23, 2019, using the Court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this document through the Court's electronic filing system. Copies of this filing were mailed to the parties not on the Court's electronic filing system.

/s/ Kenneth A. Calderone
Kenneth A. Calderone (0046860)
John R. Chlysta (0059313)
Anne M. Markowski (0069705)
*Attorneys for Defendants Estate of Robert Matuszny, Gregory Kunz, Michael O'Malley, Thomas Miller, Timothy Zbikowski, and Dennis Gunsch*

<<HCP #1051718-v1>>