FILED

AUG 1 4 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| EVIN KING, | ) | CASE NO. 1:18 CV 2353 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | **STIPULATED DISMISSAL** |
| ROBERT MATUSZNY, *et al.*, | ) | **WITH PREJUDICE** |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned complaint is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed..

_____
Attorney for Plaintiff

_____
Attorney for Defendants

_____
Attorney for Defendants

_____
Attorney for Defendants

**IT IS SO ORDERED.**

_____
**Dan Aaron Polster**
**United States District Judge**